UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL LOPEZ,<br><br>              Plaintiff,<br>    vs.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 12-5513 JGB (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that Judgment be entered in favor of Plaintiff.

DATE: 7/18/13

                                         HON. JESUS G. BERNAL
                                         UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin, who recently became the Acting Commissioner, is substituted for her predecessor, Michael J. Astrue. See Fed. R. Civ. P. 25(d).